**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
Brigitte M. Mayo, Esq. (Bar No. 173584)
One World Trade Center, Suite 1100
Long Beach, California 90831
Telephone:  (562) 436-3946
Facsimile:  (562) 495-0564
bmayo@prindlelaw.com
TARG.0568

Attorneys for Defendant,
TARGET CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER BARTLOW,<br><br>          Plaintiff,<br><br>v.<br><br>TARGET CORPORATION; and DOES 1 to 25, inclusive,<br><br>          Defendants. | CASE NO: 5:26−cv−00045 SSS (SPx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

The Court, having read and considered the Stipulated Protective Order (docket no. 12), and for good cause shown, hereby ORDERS as follows:

The Stipulated Protective Order is entered.

IT IS SO ORDERED.

DATED:  March 3, 2026

_____
HON. SHERI PYM
United States Magistrate Judge

1

STIPULATION FOR PROTECTIVE ORDER AND ORDER THEREON